IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA TINSLEY,

      Plaintiff,

vs.                                             No. CV 21-00033 RB/SCY

GREYHOUND LINES, INC.

      Defendants.

## JUDGMENT

**THIS MATTER** having come before the Court on the Complaint for a Civil Case filed by Plaintiff Joshua Tinsley (Docs. 1; 3), and the Court having entered its Memorandum Opinion and Order dismissing the Complaint for lack of subject matter jurisdiction,

**IT IS ORDERED** that judgment is entered and the Complaint for a Civil Case filed by Plaintiff Joshua Tinsley (Docs. 1; 3) and all claims and causes of action are **DISMISSED** for lack of subject matter jurisdiction.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE